UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CASILLAS, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>BAYER CORPORATION,<br><br>     Defendant. | Case No. 23-cv-02199-AMO<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 9 |

The parties are scheduled for a Case Management Conference on August 31, 2023. The parties have failed to file a Joint Case Management Statement as required by the Court's Civil Standing Order.

"No later than seven (7) days before the initial case management or status conference, the parties shall file a Joint Case Management Statement in full compliance with the Northern District of California's general standing order for civil cases entitled 'Contents of Joint Case Management Statement.'" Standing Order for Civil Cases Before District Judge Araceli Martínez-Olguín (available at https://www.cand.uscourts.gov/wp-content/uploads/judges/mart%C3%ADnez-olgu%C3%ADn-amo/AMO-Civil-Standing-Order-5.10.2023.pdf); *see also* "Clerk's Notice Scheduling Case Management Conference," ECF 9.

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $200 for failure to file a Joint Case Management Statement in a timely manner.

A hearing on this Order to Show Cause will be held on Thursday, September 14, 2023, on the Court's 2:00 p.m. Calendar, in Courtroom 8, 450 Golden Gate Avenue, San Francisco, California.

By no later than Thursday, August 31, 2023, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities, or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to comply with the stated rule.  If the Court is satisfied with the parties' response, the parties need not appear at the September 14 hearing, and the matter will be taken off calendar.  Failure to file a joint statement or written response will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for August 31, 2023, is **CONTINUED** to **September 7, 2023**, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: August 29, 2023

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge