Robert S. Arns, SBN. 65071, rsa@arnslaw.com
Jonathan E. Davis, SBN 191346, jed@arnslaw.com
Zachariah D. Hansen, SBN 267755, zdh@arnslaw.com
Shounak S. Dharap, SBN 311557, ssd@arnslaw.com
**ARNS DAVIS LAW**
A Professional Corporation
515 Folsom Street, 3rd Floor
San Francisco, California, 94105
Phone: (415) 495-7800

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CASILLAS, individually and as the successor-in-interest OF BEN CASILLAS JR; AND APRIL CASILLAS, AS GUARDIAN AD LITEM FOR ROCKY CASILLAS, A MINOR AND VINA CASILLAS A MINOR; SAUL SANCHEZ; and LILLIAN SOTO,<br><br>Plaintiffs,<br>vs.<br><br>BAYER CORPORATION and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 3:23-cv-02199-AMO (*Consolidated with 3:23-cv-01609-AMO*)<br><br>**JOINT STATUS REPORT REGARDING ALTERNATIVE DISPUTE RESOLUTIONS**<br><br>**Honorable Aracelli Martinez-Olguin** |
| BEN CASILLAS JR, by and through his successor-in-interest, APRIL CASILLAS; APRIL CASILLAS, AS GUARDIAN AD LITEM FOR ROCKY CASILLAS, A MINOR AND VINA CASILLAS A MINOR,<br><br>Plaintiffs,<br>vs.<br><br>BAYER CORPORATION and DOES 1 to 100, inclusive,<br><br>Defendants. | |

The Court ordered the Parties to submit a joint status report regarding the status of alternative dispute resolution by October 30, 2023.

The Parties had previously set a mediation for November 27, 2023, with Bruce Edwards, an experienced San Francisco Mediator. Plaintiffs' Employer Anderson Commercial Flooring was just brought in as a defendant per contractual indemnity. Thus, the mediation is now being rescheduled to take place between December 15, 2023 and January 15 2023 so that all insurance principals can attend the mediation.

Dated: October 30, 2023　　ARNS DAVIS LAW

By: _____
ROBERT S. ARNS
Attorneys for Plaintiffs
BEN CASILLAS JR; APRIL CASILLAS; SAUL SANCHEZ; AND LILLIAN SOTO

Dated: October 30, 2023　　SHOOK, HARDY & BACON

By: /s/ Edward B. Gaus
EDWARD B. GAUS
Attorneys for Defendant
BAYER HEALTHCARE LLC,

## ATTESTATION

I attest, pursuant to Local Rule 5-1(i)(3), that all parties to this stipulation have concurred in the filing of this document.

Dated: October 30, 2023　　ARNS DAVIS LAW

By: _____
SHOUNAK S. DHARAP
Attorneys for Plaintiffs
BEN CASILLAS JR; APRIL CASILLAS; SAUL SANCHEZ; AND LILLIAN SOTO